FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2013
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAMMOND, | No. CV 12-3234-JSL (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: Feb 12, 2013

_____
J. SPENCER LETTS
United States District Judge